FOURTH DEPARTMENT, DECEMBER, 1964

(December 3, 1964)

■ MARINE MIDLAND TRUST COMPANY OF THE MOHAWK VALLEY, Plaintiff, v. WILLIAM R. MITCHELSON et al., Defendants and Third-Party Plaintiffs-Respondents. INTER-CITY HOME PRODUCTS, INC., Third-Party Defendant-Appellant.— Order of Oneida County Court and order of Utica City Court unanimously reversed, without costs of this appeal to any party. Memorandum. The case presented issues of fact which should be the subject of a plenary trial. (Appeal by third-party defendant from order of Oneida County Court, affirming the order of Utica City Court, in favor of third-party plaintiffs for summary judgment.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.